IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02277-PAB-MJW

JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,

Plaintiff(s),

v.

BEVERAGE RESOURCES INTERNATIONAL, INC., a Colorado corporation,
JAKK'D HOLDINGS, LLC, a Colorado limited liability company, and
JACK BARRECA, an individual,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

The parties are actively engaged in "good faith" settlement negotiations. Accordingly,  it is hereby **ORDERED** that the Joint Motion to Stay Litigation (docket no. 38) is **GRANTED** pursuant to Workman v. Jordan, 958 F.2d 332, 335 (10th Cir. 1992), *cert. denied,* 514 U.S. 1015 (1995), and Pet Milk Co. v. Ritter, 323 F.2d 586, 587 (10th Cir. 1963) (recognizing that the court has the inherent power to stay proceedings pending before it and to control its docket for the purpose of economy of time and effort for itself, counsel, and litigants).  Discovery is STAYED until February 27, 2012.  The parties shall file with the court either a Consent Judgment or a Stipulated Motion for Dismissal on or before February 27, 2012.  If neither is filed, then discovery shall again resume on February 27, 2012.

Date:  January 26, 2012