IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02277-PAB-MJW

JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,

Plaintiff(s),

v.

BEVERAGE RESOURCES INTERNATIONAL, INC., a Colorado corporation,
JAKK'D HOLDINGS, LLC, a Colorado limited liability company, and
JACK BARRECA, an individual,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Vacate the April 24, 2012, Status Conference, DN 46, filed with the Court on April 20, 2012, is GRANTED.  The Status Conference set on April 24, 2012, at 9:30 a.m., is VACATED.   The parties shall submit their Joint Motion and Proposed Final Judgment by Consent With Permanent Injunction (as set forth in the motion), on or before **April 25, 2012**.

Date:  April 20, 2012