IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02277-PAB-MJW

JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,

Plaintiffs,

v.

BEVERAGE RESOURCES INTERNATIONAL, INC., a Colorado corporation,
JAKK'D HOLDINGS, LLC, a Colorado limited liability company, and
JACK BARRECA, an individual,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     In light of Judge Brimmer's September 6, 2012 Order (Docket No. 56), it is hereby ORDERED that the Unopposed Motion to Vacate the September 18, 2012 Final Pretrial Conference and Request for Rule 16 Status Conference (Docket No. 54) is GRANTED IN PART and DENIED IN PART.  The motion is granted insofar as the final pretrial conference scheduled for September 18, 2012 at 9:00 a.m. is VACATED.  The request for a telephonic Rule 16 Status Conference is DENIED.

Date: September 7, 2012