**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-02277-PAB-MJW

JACK DANIEL'S PROPERTIES,

    Plaintiff,

v.

BEVERAGE RESOURCES INTERNATIONAL, INC., a Colorado corporation,
JAKK'D HOLDINGS, LLC, , a Colorado limited liability company, and
JACK BARRECA, an individual,

    Defendants.

---

**DEFAULT JUDGMENT**

---

    In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

    Pursuant to the Order (Doc #64) of Judge Philip A. Brimmer entered on October 18, 2012 it is

    ORDERED that default judgment is hereby entered in favor of Plaintiff and against Defendant Jakk'd Holdings, LLC.  It is

    FURTHER ORDERED that, pursuant to 15 U.S.C. § 1116, defendant Jakk'd Holdings, LLC and its respective officers, agents, servants, employees, members, and attorneys, and all other persons in active participation with them, or any of them, who receive actual notice of this order by personal service or otherwise are permanently restrained from directly or indirectly:

A. Manufacturing, producing, advertising, promoting, displaying, shipping, offering for sale, selling, and distributing the "JAKK'D" alcoholic beverages depicted in [Docket Nos. 1-6, 1-7];

B. Using any promotional items or other materials bearing the mark "JAKK'D," as depicted in Docket No. 1-8, to advertise or promote alcoholic beverages;

C. Using the trade name "Jakk'd Holdings, LLC," the domain names "getjakkd.com," "get-jakkd.com" and "jakkd.com," and maintaining any domain name containing the mark "jakk'd" in connection with the manufacture, production, advertisement, promotion, display, shipment, offering for sale, sale, or distribution of any beverages;

D. Using "JAKK'D," or any other colorable imitations of plaintiff's federally registered marks in connection with the manufacture, production, advertisement, promotion, display, shipment, offering for sale, sale, or distribution of any beverages;

E. Performing any other act that is likely to cause persons to believe that Jakk'd's goods or commercial activities originate with, or are licensed, sponsored, or authorized by plaintiff.

DATED at Denver, Colorado, this 19th day of October, 2012.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK


                By: s/Edward P. Butler
                     Edward P. Butler
                     Deputy Clerk